IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DERRICK ECHOLS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WARDEN UCHTMAN and** )<br>**MAJOR RAMOS,** )<br>)<br>Defendants. ) | Civil No. **06-191 - DRH** |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendants' Motion to Stay Filing Answer **(Doc. 17)** is **GRANTED**.

Defendants shall file their responsive pleadings within 21 days after the court rules on their pending motion for summary judgment.

Plaintiff shall file his response to the motion for summary judgment by November 9, 2007.

IT IS SO ORDERED.

DATE:  October 9, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**