IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DERRICK ECHOLS,

    Plaintiff,

v.

WARDEN UCHTMAN and
MAJOR RAMOS,

    Defendants.                                 Case No. 06-cv-191-DRH

**ORDER**

**HERNDON, District Judge:**

Before the Court is a Report and Recommendations ("R&R") (Doc. 21), issued on April 15, 2008, by United States Magistrate Judge Proud, recommending that Defendants' Motion for Summary Judgment (Doc. 16) be denied. Upon issuance, the R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service (*see* Doc. 21-2). Neither party has filed timely objections to the R&R. Therefore, pursuant to **28 U.S.C. § 636(b)** this Court need not conduct a *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**. Accordingly, the Court **ADOPTS** the R&R (Doc. 21)

in its entirety. As such, Defendants' Motion for Summary Judgment (Doc. 16) is hereby **DENIED**.

        **IT IS SO ORDERED.**

Signed this 15th day of May, 2008.

        /s/      David R Herndon

**Chief Judge**
**United States District Court**