IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DERRICK ECHOLS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **06-191 - DRH** |
| | ) | |
| **WARDEN UCHTMAN and** | ) | |
| **MAJOR RAMOS,** | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendants' Motion to Compel Discovery

**(Doc. 39)** is **GRANTED**.

Plaintiff is ordered to serve his written answers to defendants' interrogatories by **January

16, 2009.**

 **IT IS SO ORDERED.**

 **DATE:  January 8, 2009.**


<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**