IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DERRICK ECHOLS,

    Plaintiff,

v.

WARDEN UCHTMAN and
MAJOR RAMOS,

    Defendants.                                         Case No. 06-cv-191-DRH

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants' Motion for Summary Judgment (Doc. 43). Plaintiff is an inmate, currently in the custody of the Illinois Department of Corrections ("IDOC"). He has brought this suit, *pro se*, against Defendants pursuant to **42 U.S.C. § 1983**. As construed by the Court on preliminary review, plaintiff states a claim for violation of his First Amendment right to exercise his religion, as follows:

> Plaintiff states that when he was transferred to Menard, he was informed by Defendants Ramos and Uchtman that he would have to cut his dreadlocks. Plaintiff objected on the basis of religion – he is a follower of the Rastafarian faith. Defendants advised him that the grooming policy at Menard applied to all inmates, regardless of faith. He was then taken to the prison barber, where his dreadlocks were cut off despite his objections.

(Doc. 10, pp. 1-2.)

Along with their Motion for Summary Judgment, Defendants also served upon Plaintiff the notice required by **Lewis v. Faulkner, 689 F.2d 100, 102 (7th Cir. 1982)** (Doc. 44). Plaintiff's response to the Motion was due by March 4, 2009. To date, Plaintiff has neither filed his Response or otherwise asked for an extension of time. In fact, there is nothing on the record filed subsequent to Defendants' **Lewis** Notice. Pursuant to **Local Rule 7.1(c)**, the Court finds Plaintiff's failure to respond as an admission of the merits regarding Defendants' arguments in favor of summary judgment.[1] Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (Doc. 43). As such, the Court hereby enters judgment in favor of defendants Major Anthony Ramos and Warden Alan Uchtman and against plaintiff Derrick Echols, Jr. The Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 26th day of May, 2009.

/s/ David R Herndon
**Chief Judge
United States District Court**

---

[1] **Local Rule 7.1(c)** provides in part:
"Failure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion."