IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK ECHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-191-DRH |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, WARDEN | ) |
| UCHTMAN and MAJOR RAMOS, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Defendants' Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated May 26, 2009, judgment is entered in favor of defendant s **WARDEN ALAN UCHTMAN and MAJOR ANTHONY RAMOS,** and against plaintiff, **DERRICK ECHOLS.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated July 31, 2007, judgment is entered in favor of defendant, **ILLINOIS DEPARTMENT OF CORRECTIONS** and against plaintiff, **DERRICK ECHOLS.** This case is dismissed with prejudice in its entirety-----------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: May 26, 2009.

APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT