IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK ECHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-191-DRH |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, et al, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court for hearing on defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the oral Order of this Court on August 19, 2009, judgment is entered in favor of the defendants, **WARDEN UCHTMAN and MAJOR RAMOS,** and against plaintiff, **DERRICK ECHOLS.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated July 31, 2007, judgment is entered in favor of defendant, **ILLINOIS DEPARTMENT OF CORRECTIONS** and against plaintiff, **DERRICK ECHOLS.** This case is **DISMISSED** with prejudice.---------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
　　　　　Deputy Clerk

Dated: August 19, 2009


APPROVED: /s/ *David R Herndon*
　　　　CHIEF JUDGE
　　　　U. S. DISTRICT COURT