IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DERRICK ECHOLS, JR.,**
**Inmate #R15847,**

    **Plaintiff,**

**v.**

**WARDEN UCHTMAN and**
**MAJOR RAMOS,**

    **Defendants.**                                        **Case No. 06-cv-191-DRH**

## ORDER

**HERNDON, Chief Judge:**

At a hearing held on August 19, 2009, the Court granted Defendants' Motion for Summary Judgment. (Doc. 53). The Court entered judgment in favor of Defendants the same day. (Doc. 54). Plaintiff timely filed a Notice of Appeal. (Doc. 56). Before the Court is Plaintiff's Motion to Proceed on Appeal *in forma pauperis*. (Doc. 57).

To obtain leave to appeal IFP, Plaintiff must adequately show his inability to pay appellate filing fees by submitting an affidavit, along with his Motion, "that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." **28 U.S.C. § 1915(a)(1);** *see also* **Fed. R. App. P. 24(a)(1)**. Secondly, as a prisoner, Plaintiff must file a certified copy of his institutional trust fund account statement or

its equivalent.  **28 U.S.C. § 1915(a)(2)**.

Plaintiff fails to comply with the requirements of 28 U.S.C. § 1915(a) as set forth above.  Accordingly, the Court **DENIES** Plaintiff's Motion for Leave to Appeal *in forma pauperis*.  (Doc. 77).

**IT IS SO ORDERED**.

Signed this 29th day of September, 2008.

/s/    David R Herndon

**Chief Judge**
**United States District Court**