IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DERRICK ECHOLS, #R-15847,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 06-cv-191-DRH** |
| **vs.** ) | |
| ) | **APPEAL NO. 09-3404** |
| **ALAN M. UCHTMAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Before the Court is a letter from Plaintiff (Doc. 66) objecting to the Court's order assessing the appellate filing fees (Doc. 65) pursuant to the Seventh Circuit's mandate (Doc. 64). Essentially, Echols argues that shortly after he filed his notice of appeal, he moved to withdraw the appeal; thus, he does not believe he should be required to pay the appeal fees of $455.

Echols is incorrect. "[T]he filing of a complaint (or appeal) is the act that creates the obligation to pay fees," and filing fees must be paid even when a case is dismissed under Section 1915A, or voluntarily dismissed by the plaintiff. *See Hains v. Washington,* 131 F.3d 1248, 1250 (7th Cir. 1997). Thus, despite his change of heart about pursuing the appeal, Echols still must pay the filing fees.

IT IS SO ORDERED.

DATED: February 25, 2010.

/s/   DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**